

# Fourth Court of Appeals
## San Antonio, Texas

October 22, 2019

No. 04-19-00389-CR

**EX PARTE KENNETH RICHARD RIKER II,**

From the County Court, Medina County, Texas
Trial Court No. 25621A
Honorable Mark Cashion, Judge Presiding

# O R D E R

Appellant Kenneth Richard Riker II filed his brief on October 17, 2019. Appellant's brief does not comply with Rule 38.1 of the Texas Rules of Appellate Procedure. *See* TEX. R. APP. P. 38.1(g). Specifically, Appellant attached numerous documents to the brief, some filed with the trial court but others not. Documents attached to a brief do not become part of the appellate record, and the great majority of citations in the statement of facts refer to exhibits attached to the brief rather than to the record. *See id.* R. 38.1(g) ("The statement [of facts] must be supported by record references.").

This court may order a party to amend, supplement, or redraw a brief if it flagrantly violates Rule 38. *See id.* R. 38.9(a). We conclude that the formal defects described above constitute flagrant violations of Rule 38.

Therefore, we STRIKE Appellant's brief and ORDER Kenneth Richard Riker II to file an amended brief within FIFTEEN DAYS of the date of this order. **The amended brief must correct all the violations listed above and fully comply with the applicable rules.** *See, e.g.*, *id.* R. 9.4, 9.5, 38.1.

If the amended brief does not comply with this order, we may take further action to ensure Appellant's rights are protected. *See id.* R. 38.8(b)(4).

If Appellant timely files a brief that complies with this order, the State's brief will be due thirty days after Appellant's amended brief is filed. *See* TEX. R. APP. P. 38.6(b).

Patricia O. Alvarez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 22nd day of October, 2019.

LUZ ESTRADA,
Chief Deputy Clerk